HOLLY POPKIN, by IRVING POPKIN, Her Guardian ad Litem, Appellant, *v.* JEWISH YOUNG MEN'S AND WOMEN'S ASSOCIATION OF ROCHESTER, NEW YORK, INC., Respondent.

IRVING POPKIN, Appellant, *v.* JEWISH YOUNG MEN'S AND WOMEN'S ASSOCIATION OF ROCHESTER, NEW YORK, INC., Respondent.

Argued November 23, 1953; decided January 15, 1954.

*Meyer Fix* for appellants.
*Robert C. Winchell* for respondent.

Judgments affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.